1   Young Cho
    Attorney at Law: 189870                                    JS-6
2   Law Offices of Lawrence D. Rohlfing
    12631 East Imperial Highway, Suite C-115
3   Santa Fe Springs, CA 90670
    Tel.: (562) 868-5886
    Fax: (562) 868-5491
4   E-mail: rohlfing.office@rohlfinglaw.com

5   Attorneys for Plaintiff
    Amanda Rae Troncoso
6

7

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12

13  AMANDA RAE TRONCOSO,          )  Case No.: 5:20-cv-01103-DFM
                                  )
14                Plaintiff,      )  [PROPOSED] ORDER OF
                                  )  DISMISSAL
15        vs.                     )
                                  )
16  ANDREW SAUL,                  )
17  Commissioner of Social Security, )
                                  )
18                Defendant.      )
                                  )
19                                )

20

21        The above captioned matter is dismissed with prejudice, each party to bear

22  its own fees, costs, and expenses.

23        IT IS SO ORDERED.

24  DATE: January 19, 2021

25                          THE HONORABLE DOUGLAS F. MCCORMICK
                            UNITED STATES MAGISTRATE JUDGE
26

                                    -1-

DATE: January 5, 2021          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*

BY:_____
Young Cho
Attorney for plaintiff Amanda Rae Troncoso